

## ATTACHMENT 1

U.S. DISTRICT COURT
EASTERN DISTRICT
FILED
2015 OCT 26 A 10: 24
JON W. SANFILIPPO
CLERK

## COMPLAINT FORM
(for non-prisoner filers without lawyers)

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

MiSS ADRIENNE NETT COLEMAN

v.

(Full name of defendant(s))

Cameo care campus
AND ~~Vince~~ Vince Bergstrom
Seanoishea / ~~Gail Conners~~
Gail Conners

Case Number:

15-C-1189

(to be supplied by Clerk of Court)

Amended Complaint

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __8911-K N. Swan Rd Milwaukee, WI 53224__
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

Attachment One (Complaint) – 1

2. Defendant **Vince Bergstrom** CAMEO CARE CAMPUS (All Corners) **Brandi Shea**
(Name)

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Cameo Care Campus 5790 South 27th St__ Milwaukee WI 53221
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The Plaintiff Aortennie Nett Coleman was hired by Cameo Care Campus as a Certified Nursing Assistant on December 12-19-2011 The very next day on December 12-20-2011 I get a call from Mrs. Brandi Shea telling me that I was fired stating that I have voilated the rules as far as the felondy was conceened then Brandi went as far as to say that I could mureder a thousand

Attachment One (Complaint) – 2

Case 2:15-cv-01189-CNC   Filed 10/26/15   Page 2 of 6   Document 6

people on her staff including her I said how can you say such a thing to me. She said if the shoe fits you can where it. So I filed an EEOC charge against them. In the conciliation process they did pay 1,500.00 and was to offer me my Certified Nursing Assistant position back once I passed the CNA test. When I passed the CNA test I went to obtain the job that was being held for me. So I filled out an application and I spoke to Vince Bergstrom and Gail Conners they asked me why did I wait before I came back I told them that my mother had cancer and I was taking care of her. And Vince says well we are not going to hire you and Gail Conners just looked at him and gave him a look. And that was on September 22, 2014. On September 30, 2014 Vince

**STATEMENT OF CLAIM-Continued**

Bergstrom and I had a phone conversation. At that point he said he was not going to hire me and that I was too old fat and ugly. I said surely you don't mean this he said I do. Vince Bergstrom said don't call me anymore so goodbye and good luck. So this prompted me to file another EEOC claim for retaliation of the second EEOC claim. On July 14 2015 the EEOC found that Cameo Care Campus and Vince Bergstrom was in violation of the Title VII act and ADA meaning that they had discriminated against me for disability and retaliation for filing a previous charge of discrimination. As a result Miss Adrienne Nett Coleman has suffered lost wages and humiliation. Miss Coleman would like Cameo Care Campus to give my job back and to pay me lost wages and damages for my suffings.

Sincerely Adrienne
Nett Coleman

C.  JURISDICTION

☑  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I ADCIENNE NETT COLEMAN WISH FOR CAMEO CARE CAMPUS TO GIVE ME MY JOB BACK AND PAY ME LOST WAGES AND BACK PAY AND DAMAGES FOR SUFFERING AND FOR VERBAL ABUSE. I WOULD LIKE FOR CAMEO CARE CAMPUS VINCE BERGSTROM AND GAIL CONNERS TO STOP SAYING THAT THEY ARE NOT GOING TO HIRE ME!

Attachment One (Complaint) – 4

Case 2:15-cv-01189-CNC   Filed 10/26/15   Page 5 of 6   Document 6

E.  JURY DEMAND

☐ Jury Demand – I want a jury to hear my case.

OR

☑ Court Trial – I want a judge to hear my case.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __23__ day of __OCTOBER__, 20_15_.

Respectfully Submitted,

*adrienne nett coleman*
Signature of Plaintiff

(414) 354-4225
Plaintiff's Telephone Number

Cham53224@yahoo.com
Plaintiff's Email Address

8911-K N. Swan Rd

Milwaukee, WI 53224
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5