UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

ADRIENNE COLEMAN,

    Plaintiff,

v.                             Case No. 15-CV-1189

VINCE BERGSTROM, et. al.,

    Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties hereby stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that all claims and causes of action may be dismissed upon the merits, with prejudice and without costs to either party.

Dated: August 10, 2016     By: *s/ Scott S. Luzi*
    Scott S. Luzi, State Bar No. 1067405
    Walcheske & Luzi, LLC
    15850 W. Bluemound Road, Suite 304
    Brookfield, Wisconsin 53005
    Phone: 262.780.1953
    Fax: 262.565.6469
    sluzi@walcheskeluzi.com
    Attorney for Adrienne Coleman

Dated: August 10, 2016     By: *s/ Lynn M. Stathas*
    Lynn M. Stathas, State Bar No. 1003695
    Reinhart Boerner Van Deuren s.c.
    22 E. Mifflin Street, Suite 600
    Madison, Wisconsin 53701
    Phone: 608.229.2205
    Fax: 608.229.2100
    Email: lstathas@reinhartlaw.com
    Attorney for Vince Bergstrom, Cameo Care Campus, and Gail Connors